FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-2567
_____

MARIO DANIELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Mark E. Feagle, Judge.

March 4, 2026

PER CURIAM.

DISMISSED. *See Shelley v. State*, 993 So. 2d 93 (Fla. 1st DCA 2008) (finding order lacked finality because the circuit court struck one of the claims as legally insufficient with leave to amend).

BILBREY, NORDBY, and TREADWELL, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Mario Daniels, pro se, Appellant.

No appearance for Appellee.